**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **KELLY ROSS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:26-cv-103 (MTT)** |
| ) | |
| **JOY CAMPANELLI, *et al.*,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

On March 19, 2026, Plaintiff Kelly Ross, proceeding pro se, filed a complaint against Defendants Joy Campanelli, Genine D. Edwards, and Brian Gottlieb. ECF 1. That same day, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP"). ECF 2. The Court granted Plaintiff's motion and ordered Plaintiff to file an amended complaint no later than May 12, 2026. ECF 3.

The deadline for compliance passed without a response from Plaintiff. The failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1]. In addition, Plaintiff's complaint, which Plaintiff failed to amend, is frivolous and thus subject to dismissal under 28

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

-2-

U.S.C. § 1915(e)(2)(B). Accordingly, Plaintiff's complaint (ECF 1) is **DISMISSED**

**without prejudice**.

      **SO ORDERED**, this 28th day of May, 2026.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT