IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KELLY ROSS,                                              *

                 Plaintiff,                    *

v.                                                          Case No. 5:26-cv-103 (MTT)

                              *

JOY CAMPANELLI, et al.,                                *

               Defendants.                *

_____     *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 28, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 29th day of May, 2026.

                         David W. Bunt, Clerk

                         s/ Raven K. Alston, Deputy Clerk